Cyrus Sava
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ERIK C. STONEBRAKER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIK C. STONEBRAKER, <br><br>　　　　Plaintiff, <br>v. <br>NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br>　　　　Defendant. | Case No.: 2:16-cv-02078-GMN-GWF <br><br> STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND <br><br> (FIRST REQUEST) |

　　　Plaintiff Erik C. Stonebraker and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from July 10, 2017 to August 9, 2017 for Plaintiff to file a motion for summary judgment or remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel responsible for briefing this matter is away from the office for the next four days.

DATE: July 5, 2017

Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
Cyrus Safa
Attorney for plaintiff Erik C. Stonebraker

DATE: July 5, 2017

STEVEN W. MYHRE
United States Attorney

BY: /s/ *Michael K. Marriott*
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: 8/11/2017

IT IS SO ORDERED: _____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE