AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Erik C. Stonebraker

                    Plaintiff,

      v.

Carolyn W. Colvin, Acting Commissioner
of Social Security

                    Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-02078-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that a fee award in the amount of $35,000.00 for work before the Court is to be paid to the Law Offices of Lawrence D. Rohlfing from the sums held by the Social Security Commissioner from Plaintiff's past-due benefits. IT IS FURTHER ORDERED that the Law Offices of Lawrence D. Rohlfing shall refund $9,200.00 to Plaintiff Erik C. Stonebraker for funds previously paid under the Equal Access to Justice Act, which shall be credited against the $35,000.00 award in this Order.

1/14/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk